1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Hilary B. Muckleroy, Esq.
   Nevada Bar No. 009632
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   415 South Sixth Street, Suite 300
4  Las Vegas, NV 89101
   (702) 382-1414; FAX (702) 382-1413
5  **sheri.thome@wilsonelser.com**
   **hilary.muckleroy@wilsonelser.com**
6  *Attorneys for Defendant Data Search NY, Inc.*
   *d/b/a Trak America*
7

8

9                **UNITED STATES DISTRICT COURT**
10                     **DISTRICT OF NEVADA**
11  LORI MIRANDA,

12              Plaintiff,           | Case No.: 2:09-cv-01226-KJD-RJJ

13      v.                           | **STIPULATION AND ORDER TO**
                                     | **CONTINUE FRCP 26(f) CONFERENCE**
14  DATA SEARCH NY, INC. d/b/a TRAK
15  AMERICA, LLC and TRAK AMERICA, DOES I-
    V, inclusive and ROE Corporations VI-X, inclusive,
16
              Defendants.
17

18      Plaintiff LORI MIRANDA ("Plaintiff") and Defendant DATA SEARCH NY, INC. dba

19  TRAK AMERICA, LLC AND TRAK AMERICA ("Defendant"), by and through their respective

20  counsel of record, do hereby stipulate pursuant to local rule 7-1:

21      1.      That the Defendant filed an Answer to Plaintiff's Complaint for Damages on August

22  21, 2009;

23      2.      That pursuant to local rule 26-1, the deadline for the parties to hold a FRCP 26(f)

24  conference is October 5, 2009;

25      3.      That due to scheduling conflicts between counsel, the parties are unable to hold a

26  FRCP 26(f) conference until October 8, 2009;

27      4.      That the time in which to conduct the FRCP 26(f) conference be enlarged to permit a

28  meeting between counsel on October 8, 2009; and

150148.1

5.     That because Plaintiff's counsel will be unavailable between October 21, 2009 and October 28, 2009, pursuant to local rule 26-1, the parties shall submit a stipulated discovery plan no later than November 3, 2009.

DATED this day of 1st day of October, 2009.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: /s/ *Hilary B. Muckleroy*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Hilary B. Muckleroy, Esq.
Nevada Bar No. 009632
415 South Sixth Street, Suite No. 300
Las Vegas, Nevada 89101
*Attorneys for Data Search NY, Inc.*
*d/b/a Trak America*

DATED this day of 1st day of October, 2009.

**LAW OFFICE OF CRAIG B. FRIEDBERG**

BY: /s/ *Craig B. Friedberg*
Craig B. Friedberg, Esq.
Nevada Bar No.  004606
4760 S. Pecos Road, Suite 103
Las Vegas, Nevada 89121
*Attorney for Plaintiff, Lori Miranda*

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this _____ day of _____, 2009.

_____
UNITED STATES MAGISTRATE